JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNATURE BANK | Plaintiff, |
| -v- | Case No. 08 CV 3893 |
| AHAVA FOOD CORP., et al. | Defendant. |

**Rule 7.1 Statement**

RECEIVED APR 25 200* U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Ahava of California, LLC__     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** April 25, 2008

Signature of Attorney

**Attorney Bar Code:** LF-2503

Form Rule7_1.pdf  SDNY Web 10/2007