LAWRENCE C. FOX (LF-2503)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600/Fax: (212) 826-3640

Attorneys for Defendant Ahava of California, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SIGNATURE BANK,                                              :
                                                             :
                            Plaintiff,                       :
                                                             :
       - against -                                           :   08-CV-3893(NRB)
                                                             :   ECF CASE
AHAVA FOOD CORP., LEWIS COUNTY DAIRY                         :
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO                   :   **AFFIDAVIT OF SERVICE**
FOODS, YONI REALTY, LLC, SCHWARTZ AND                        :
SONS QUALITY DISTRIBUTORS, INC., MOISE                       :
BANAYAN, ANA BANAYAN a/k/a CHANA                             :
BANAYAN, REBECCA BANAYAN a/k/a REBECCA                       :
BARIMYAN a/k/a REBECCA BANAYAN-                              :
LIEBERMAN, FARIBORZ BANAYAN a/k/a                            :
AARON BANAYAN, RUBEN BEITYAKOV,                              :
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a                     :
AHAVA NATIONAL FOOD DISTRIBUTOR                              :
and NORTH COUNTRY MANUFACTURING, and                         :
JOHN DOE COMPANIES 1 through 10                              :
                                                             :
                            Defendants.                      :
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JEFFREY A. HAYES, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Westchester County, New York.

On April 25th, 2008, I served a true copy of a Notice of Removal with judge Naomi Buchwald and Magistrate Judge Michael H. Dolinger Individual practices, 3rd Amended Instructions for Filing Electronic Case or Appeal, Guidelines and procedures for Electronic case filing upon:

David Feuerstein, Esq HERRICK, FEINSTEIN, LLP. 2 Park Avenue, New York 10016

    **by hand delivery**

_____
JEFFREY A. HAYES

Sworn to before me this
25th day of April, 2008

_____
NOTARY PUBLIC

AMY C. GROSS
Notary Public, State of New York
No. 02GR6133341
Qualified in New York County
Commission Expires Sept. 12, 2009

3216000AFFJAH.00001.wpd