Mara B. Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: mlevin@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    **Electronically Filed**

------------------------------------------------------------- x

SIGNATURE BANK,                                  :
                                                 :
                        Plaintiff,               :    Civ. Action No. 08 Civ. 3893
                                                 :
        - against -                              :
                                                 :
                                                 :
AHAVA FOOD CORP. d/b/a NORTH COUNTRY             :
CHEESE CORP., LEWIS COUNTY DAIRY CORP.,          :    **NOTICE OF APPEARANCE**
ST. LAWRENCE FOOD CORP. d/b/a PRIMO             :
FOODS, YONI REALTY, LLC, SCHWARTZ AND           :
SONS QUALITY DISTRIBUTORS, INC., MOISE          :
BANAYAN, ANA BANAYAN a/k/a CHANA                :
BANAYAN, REBECCA BANAYAN a/k/a                  :
REBECCA BARIMYAN a/k/a REBECCA                  :
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN             :
a/k/a AARON BANAYAN, RUBEN BEITYAKOV,           :
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a        :
AHAVA NATIONAL FOOD DISTRIBUTOR and             :
NORTH COUNTRY MANUFACTURING, and                :
JOHN DOES 1 through 50,                          :
                                                 :
                        Defendants.              :

------------------------------------------------------------- x

        PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel

for Plaintiff Signature Bank ("Plaintiff"), in the above-captioned action, and demands that all

notices and other correspondence given or required to be given to Plaintiff in this case, be served

upon the undersigned attorneys on Plaintiff's behalf, at the address set forth below.

Dated: New York, New York
      May 8, 2008

                     HERRICK, FEINSTEIN LLP

                     By:  /s/ Mara B. Levin
                         Mara B. Levin, Esq.
                         Attorneys for Plaintiff
                         2 Park Avenue
                         New York, NY 10016
                         212.592.1400
                         mlevin@herrick.com