Mara B. Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: mlevin@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SIGNATURE BANK,

      Plaintiff,

  - against -

AHAVA FOOD CORP. d/b/a NORTH COUNTRY
CHEESE CORP., LEWIS COUNTY DAIRY CORP.,
ST. LAWRENCE FOOD CORP. d/b/a PRIMO
FOODS, YONI REALTY, LLC, SCHWARTZ AND
SONS QUALITY DISTRIBUTORS, INC., MOISE
BANAYAN, ANA BANAYAN a/k/a CHANA
BANAYAN, REBECCA BANAYAN a/k/a
REBECCA BARIMYAN a/k/a REBECCA
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN
a/k/a AARON BANAYAN, RUBEN BEITYAKOV,
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a
AHAVA NATIONAL FOOD DISTRIBUTOR and
NORTH COUNTRY MANUFACTURING, and
JOHN DOES 1 through 50,

      Defendants.
------------------------------------------------------------ x

**Electronically Filed**

Civ. Action No. 08 Civ. 3893

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel for Plaintiff Signature Bank ("Plaintiff"), in the above-captioned action, and demands that all

notices and other correspondence given or required to be given to Plaintiff in this case, be served upon the undersigned attorneys on Plaintiff's behalf, at the address set forth below.

Dated: New York, New York
     May 8, 2008

                        HERRICK, FEINSTEIN LLP

                        By: /s/ John Oleske
                            John Oleske, Esq.
                            Attorneys for Plaintiff
                            2 Park Avenue
                            New York, NY 10016
                            212.592.1400
                            joleske@herrick.com