Mara Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: mlevin@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    **Electronically Filed**
------------------------------------------------------------- x
SIGNATURE BANK,                                 :
                                                :
                    Plaintiff,                  :   08 Civ. 3893 (NRB)
                                                :
        - against -                             :
                                                :
AHAVA FOOD CORP. d/b/a NORTH COUNTRY            :
CHEESE CORP., LEWIS COUNTY DAIRY CORP.,         :
ST. LAWRENCE FOOD CORP. d/b/a PRIMO             :
FOODS, YONI REALTY, LLC, SCHWARTZ AND           :
SONS QUALITY DISTRIBUTORS, INC., MOISE          :
BANAYAN, ANA BANAYAN a/k/a CHANA                :
BANAYAN, REBECCA BANAYAN a/k/a                  :
REBECCA BARIMYAN a/k/a REBECCA                  :
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN             :
a/k/a AARON BANAYAN, RUBEN BEITYAKOV,           :
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a        :
AHAVA NATIONAL FOOD DISTRIBUTOR and             :
NORTH COUNTRY MANUFACTURING, and                :
JOHN DOES 1 through 50,                         :
                                                :
                    Defendants.                 :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                            ss.:
COUNTY OF NEW YORK   )

    Marianne Warnock, being duly sworn, deposes and says:

HF 4145434 v.1 #06406/0023 05/09/2008 12:32 PM

That deponent is not a party to the action, is over eighteen years of age and resides in Mineola, New York.

That on this day of May 9, 2008 deponent served Notices of Appearance for Mara B. Levin, David T. Feuerstein and John Oleske on:

> Lawrence C. Fox, Esq.
> Kornstein, Veisz & Wexler, L.L.P.
> 757 Third Avenue
> New York, NY 10017
>
> Robert W. Hirsh, Esq.
> Robert W. Hirsh & Associates
> 8383 Wilshire Boulevard, Suite 510
> Beverly Hills, CA 90211
>
> David P. Antonucci, Esq.
> Antonucci Law Firm
> 12 Public Square
> Watertown, NY 13601

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
MARIANNE WARNOCK

Sworn to before me this
day of May 9, 2008

_____
Notary Public

ROBERT K. WIDDICOMBE
Notary Public, State of New York
No. 01WI6160904
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 12, 2011

HF 4145434 v.1 #06406/0023 05/09/2008 12:32 PM