Mara B. Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: mlevin@herrick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SIGNATURE BANK,                                                :
                                                               :
                        Plaintiff,                             :   08 Civ. 3893 (NRB)
                                                               :
        - against -                                            :
                                                               :
AHAVA FOOD CORP. d/b/a NORTH COUNTRY                           :   **ORDER**
CHEESE CORP., LEWIS COUNTY DAIRY CORP.,                        :
ST. LAWRENCE FOOD CORP. d/b/a PRIMO                            :
FOODS, YONI REALTY, LLC, SCHWARTZ AND                          :
SONS QUALITY DISTRIBUTORS, INC., MOISE                         :
BANAYAN, ANA BANAYAN a/k/a CHANA                               :
BANAYAN, REBECCA BANAYAN a/k/a                                 :
REBECCA BARIMYAN a/k/a REBECCA                                 :
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN                            :
a/k/a AARON BANAYAN, RUBEN BEITYAKOV,                          :
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a                       :
AHAVA NATIONAL FOOD DISTRIBUTOR and                            :
NORTH COUNTRY MANUFACTURING, and                               :
JOHN DOES 1 through 50,                                        :
                                                               :
                        Defendants.                            :
-------------------------------------------------------------- x

    Upon (i) review of the Declaration of Robert Bloch, executed May 7, 2008, the Declaration of John Oleske, executed May 8, 2008, the Declaration of Mara B. Levin, executed May 8, 2008, and the exhibits annexed to all such Declarations, submitted on behalf of plaintiff Signature Bank, (ii) consideration of the parties' arguments at the hearing held before this Court

on May 9, 2008, and (iii) other good cause having been shown, it is on this ___ day of May, 2008,

ORDERED that, pending June 4, 2008 hearing on Signature's motion for a preliminary injunction and the appointment of a receiver:

1. Ahava of California, LLC ("AOC") and any and all other entities owned and/or controlled by Moise Banayan and/or Ana Banayan, and all other persons or garnishees, are restrained and enjoined from transferring, conveying, or otherwise dissipating any hard assets or manufacturing property, except in the ordinary course of business;

2. Defendants are enjoined from making any transfers out of any and all bank accounts held in the name of AOC and/or Ahava National, except for moneys paid out in the ordinary course of business;

3. Defendants shall provide Signature with full, immediate, and unconditional access to the premises, physical property, books, records, and all other documents owned, occupied, used by, or in the possession, custody, or control of the Judgment Debtors and/or any Ahava entity as provided for in the loan documents between the Judgment Debtors and Signature, regardless of whether the Judgment Debtors are currently in possession, custody or control of said property.

4. This order supersedes the Order to Show Cause issued by this Court on May 9, 2008.

*[signature]* 5/20/08
Hon. Naomi R. Buchwald
UNITED STATES DISTRICT JUDGE

HF 4147191 v.2 #06406/0023 05/13/2008 09:50 AM