Lawrence C. Fox (LF-2503)
KORNSTEIN, VEISZ, WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
Telephone: 212-418-8600; Facsimile: 212-826-3640

Attorneys for Defendant Ahava of California, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SIGNATURE BANK,

                        Plaintiff,

  - against -                                         08 Civ. 3893 (NRB)

AHAVA FOOD CORP., LEWIS COUNTY DAIRY
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO    NOTICE OF APPEARANCE
FOODS, YONI REALTY, LLC, SCHWARTZ AND
SONS QUALITY DISTRIBUTORS, INC., MOISE       (ECF case)
BANAYAN, ANA BANAYAN a/k/a CHANA
BANAYAN, REBECCA BANAYAN a/k/a REBECCA
BARIMYAN a/k/a REBECCA BANAYAN-
LIEBERMAN, FARIBORZ BANAYAN a/k/a
AARON BANAYAN, RUBEN BEITYAKOV,
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a
AHAVA NATIONAL FOOD DISTRIBUTOR
and NORTH COUNTRY MANUFACTURING, and
JOHN DOE COMPANIES 1 through 10

                       Defendants.
------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for defendant Ahava of California, LLC. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 27, 2008

3305000NOTJHR.00003.wpd

        KORNSTEIN VEISZ WEXLER & POLLARD, LLP

        By: s/ Lawrence C. Fox
            Lawrence C. Fox (LF-2503)
        757 Third Avenue
        New York, New York  10017
        Telephone: 212-418-8600
        E-mail: lfox@kvwmail.com

To:    Clerk of the Court

       HERRICK, FEINSTEIN LLP
       2 Park Avenue
       New York, New York 10016
       Attorneys for Plaintiff