LAWRENCE C. FOX (LF-2503)
KORNSTEIN, VEISZ, WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
Telephone: 212-418-8600; Facsimile: 212-826-3640

Attorneys for Defendant Ahava of California, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SIGNATURE BANK,                                     :
                                                    :
                              Plaintiff,            :   08 Civ. 3893 (NRB)
          - against -                               :
                                                    :
AHAVA FOOD CORP., LEWIS COUNTY DAIRY                :   **MOTION TO ADMIT**
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO          :   **COUNSEL PRO HAC VICE**
FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS          :
QUALITY DISTRIBUTORS, INC., MOISE BANAYAN,          :
ANA BANAYAN a/k/a CHANA BANAYAN, REBECCA            :
BANAYAN a/k/a REBECCA BARIMYAN a/k/a                :
REBECCA BANAYAN-LIEBERMAN, FARIBORZ                 :
BANAYAN a/k/a AARON BANAYAN, RUBEN                  :
BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA,           :
LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR           :
and NORTH COUNTRY MANUFACTURING, and JOHN           :
DOE COMPANIES 1 through 10,                         :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lawrence C. Fox, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Robert W. Hirsh
Firm Name: Robert W. Hirsh & Associates
Address: 8383 Wilshire Boulevard, Suite 510
City/State/Zip: Beverly Hills, CA 90211
Phone Number: (310) 275-7800

3305000NOTJHR.00004.wpd

Fax Number: (310) 275-4050
Email Address: hirshlaw@yahoo.com

Robert W. Hirsh is a member in good standing of the Bar of the States of New York and California. There are no pending disciplinary proceeding against Robert W. Hirsh in any State or Federal court.

Dated: May 28, 2008
  New York, New York

                Respectfully submitted,

                KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                By: _____
                     Lawrence C. Fox (LF-2503)
                757 Third Avenue
                New York, New York 10017
                (212) 418-8600

                Attorneys for Defendant Ahava of California, LLC

TO:  HERRICK, FEINSTEIN LLP
      2 Park Avenue
      New York, New York 10016
      (212) 592-1400

      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SIGNATURE BANK,                                         :
                                                        :
                                        Plaintiff,      :  08 Civ. 3893 (NRB)
                                                        :
            - against -                                 :
                                                        :
AHAVA FOOD CORP., LEWIS COUNTY DAIRY                    :  **AFFIDAVIT OF**
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO              :  **LAWRENCE C. FOX IN**
FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS              :  **SUPPORT OF MOTION TO**
QUALITY DISTRIBUTORS, INC., MOISE BANAYAN,              :  **ADMIT COUNSEL PRO**
ANA BANAYAN a/k/a CHANA BANAYAN, REBECCA                :  **HAC VICE**
BANAYAN a/k/a REBECCA BARIMYAN a/k/a                    :
REBECCA BANAYAN-LIEBERMAN, FARIBORZ                     :
BANAYAN a/k/a AARON BANAYAN, RUBEN                      :
BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA,               :
LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR               :
and NORTH COUNTRY MANUFACTURING, and JOHN               :
DOE COMPANIES 1 through 10,                             :
                                                        :
                                        Defendants.     :
                                                        :
------------------------------------------------------------------- X

State of New York    )
                     )    ss.
County of New York   )

LAWRENCE C. FOX, being duly sworn, hereby deposes and say as follows:

1.      I am a member of Kornstein Veisz Wexler & Pollard, LLP, counsel for defendant Ahava of California, LLC ("Ahava CA"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Ahava CA's motion to admit Robert W. Hirsh as counsel pro hac vice to represent Ahava CA in this matter.

2.      I am a member in good standing of the bar of the State of New York and was

admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robert W. Hirsh since approximately 1970.

4. Robert W. Hirsh is the principal of Robert W. Hirsh & Associates, in Beverly Hills, California.

5. I have found Robert W. Hirsh to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robert W. Hirsh pro hac vice.

7. I respectfully submit a proposed order granting the admission of Robert W. Hirsh pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Robert W. Hirsh pro hac vice to represent Ahava CA in the above-captioned matter be granted.

Dated: May 28, 2008
   New York, New York

Respectfully submitted,

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By: _____
   Lawrence C. Fox (LF-2503)

Sworn to before me this
28 day of May, 2008

_____
Notary Public

JOEL ROSNER
Notary Public, State of New York
No. 02RO6143472
Qualified in New York County
Commission Expires April 10, 2010

2

Case 1:08-cv-03893-NRB-MHD    Document 22    Filed 05/29/2008    Page 5 of 10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SIGNATURE BANK,                                              :
                                                             :
                                          Plaintiff,         : 08 Civ. 3893 (NRB)
              - against -                                    :
                                                             :
AHAVA FOOD CORP., LEWIS COUNTY DAIRY                         : **ORDER FOR ADMISSION**
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO                   : **PRO HAC VICE**
FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS                   : **ON WRITTEN MOTION**
QUALITY DISTRIBUTORS, INC., MOISE BANAYAN,                   :
ANA BANAYAN a/k/a CHANA BANAYAN, REBECCA                     :
BANAYAN a/k/a REBECCA BARIMYAN a/k/a                         :
REBECCA BANAYAN-LIEBERMAN, FARIBORZ                          :
BANAYAN a/k/a AARON BANAYAN, RUBEN                           :
BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA,                    :
LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR                    :
and NORTH COUNTRY MANUFACTURING, and JOHN                    :
DOE COMPANIES 1 through 10,                                  :
                                                             :
                                          Defendants.        :
                                                             :
------------------------------------------------------------------------X

Upon the motion of Lawrence C. Fox, attorney for defendant Ahava of California, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Robert W. Hirsh
Firm Name: Robert W. Hirsh & Associates
Address: 8383 Wilshire Boulevard, Suite 510
City/State/Zip: Beverly Hills, CA 90211
Phone Number: (310) 275-7800
Fax Number: (310) 275-4050
Email Address: hirshlaw@yahoo.com

is admitted to practice pro hac vice as counsel for defendant Ahava of California, LLC, in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

3305000XXXJHR.00002.wpd

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:
City, State:

_____
United States District/Magistrate Judge

2

**THE STATE BAR**  
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT WARREN HIRSH, #102731 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1982; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert  
Custodian of Membership Records



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Robert Warren Hirsh** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 20th day of March 1985, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 27, 2008.

*James Edward Pelzer*

Clerk of the Court

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JEFFREY HAYES, being duly sworn, deposes and says that:

I am over the age of 18 years; I am not a party to the within action; and I reside in Westchester County, New York.

On the 28th day of May, 2008, I personally served a true copy of the attached **MOTION TO ADMIT COUNSEL PRO HAC VICE** upon:

> Herrick, Feinstein LLP
> 2 Park Avenue
> New York, New York 10016
> Attorneys for Signature Bank

_____
JEFFREY HAYES

Sworn to before me this
28th day of May, 2008

_____
Notary Public

JOEL ROSNER
Notary Public, State of New York
No. 02RO6143472
Qualified in New York County
Commission Expires April 10, 2010