```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
SIGNATURE BANK,
                                :
              Plaintiff,               ORDER
                                :
         -against-                08 Civ. 3893 (NRB)(MHD)
                                :
AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,   :

              Defendants.       :
-------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



    The Court having conducted a telephone conference today with counsel for plaintiff and the Ahava-of-California defendants concerning disputes about the production of documents to the plaintiff (counsel for the other defendants having chosen not to participate), it is hereby ordered as follows:

    1. The Ahava-of-California defendants are to produce to plaintiff the following items from plaintiff's First Request for Production:

    (A). Documents responsive to plaintiff's document request # 8.

    (B). Documents responsive to plaintiff's document request # 10(i)-(vii) for the period from January 1, 2007 to the present.

Defendants need not produce documents responsive to request # 10(viii).

(C). Documents responsive to plaintiff's document request 11. If these defendants have already made all such documents in their possession available to the plaintiff, they are to provide an affidavit by a knowledgeable person so stating and specifying which documents these defendants are referring to.

(D). Documents responsive to plaintiff's document request 12, which we construe to include only communication between anyone on behalf of Ahava of California and any of the judgment debtors between January 1, 2007 and the present.

(E). Documents responsive to plaintiff's document request # 13 dating from January 1, 2007 to the present.

(F). Documents responsive to plaintiff's document request # 17 dating from January 1, 2007 to the present.

(G). Documents responsive to plaintiff's request # 18 insofar as they involve communications between Ahava of California or anyone on its behalf and any of the judgment debtors that refers to the plaintiff between January 1, 2007 and the present.

2. On the current record, these defendants are not required to respond further to plaintiff's document request # 16.

If plaintiff wishes to seek additional documents from defendants in regard to its pending motion, it is to serve such a request today, and counsel for both sides are to consult about its propriety. If there are any disputes concerning that request, they are to bring those disputes to the court for resolution by no later than June 2 at 12:00 noon.

Dated: New York, New York
       May 27, 2008

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

David Feuerstein, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Antonucci, Esq.
12 Public Square
Watertown, New York 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

3