# HERRICK

NEW YORK
NEWARK
PRINCETON

DAVID FEUERSTEIN
Direct Tel: 212.592.5927
Direct Fax: 212.545.3477

Email: dfeuerstein@herrick.com

*ENDORSED ORDER*

*The inspections are to be conducted in the manner specified in our order issued today.*

*[signature] 5/23/08*

May 23, 2008

**VIA FACSIMILE**

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211

Re: *Signature Bank v. Ahava Food Corp., et al.*, 08 Civ. 3893

Gentlemen:

During yesterday's teleconference with the Court, I represented that I would advise the parties and the Court about what Signature will require in order to adequately conduct its inspection of the collateral that is located at the Lowville, Ogdensburg and Brooklyn properties. Accordingly, I have set forth below the Bank's needs, and certain other requests:

First, the Bank will require full access to the plants and the equipment residing therein, including the ability to view and touch each piece of equipment. Such access is necessary so that the Bank can match the serial numbers on the equipment with the serial numbers on its lists of pledged collateral and ensure that the equipment is operational. Additionally, the Bank will require an employee with working knowledge of each respective plant to be available for questions relative to the equipment, its location and other issues. As you may be aware, this is precisely what was provided to the Bank during its initial appraisals.

Second, the Bank will require full access to all computers and related systems at all locations so that it can make mirror images of these systems. This should include any laptop computers that may have been acquired by the defendants to run the businesses. This also requires that a person be available to turn on and access each computer.

Third, the Bank requests that the books and records of the Judgment Debtors be provided when the Bank begins its inspection of the Brooklyn property.[1] Indeed, in an effort to be most efficient, we think it makes the most sense for the documents to be made available in Brooklyn, so that that inspection can occur simultaneously with the Bank's inspection of the Brooklyn property.

---

[1] The Bank's request for the books and records was first made over one-week ago and was clarified again on May 20th in an email between counsel.

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 · TEL 212.592.1400 · FAX 212.592.1500 · www.herrick.com
HF 4163905 v.1 #04861/0011 05/23/2008 12:18 PM

HERRICK

May 23, 2008
Page 2

    Finally, on a somewhat related matter, we are enclosing for everyone's review and approval the last version of the confidentiality order that was discussed between the Bank and counsel for Ahava of California. We're sending this around now in an attempt to avoid any further delay and to ensure that all documents relevant to our requests are promptly produced.

Sincerely,

David Feuerstein

cc: Judge Michael H. Dolinger (via facsimile)

HF 4163905 v.1 #04861/0011 05/23/2008 12:18 PM