UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIGNATURE BANK,

          Plaintiff, : 08 Civ. 3893 (NRB)

- against -

AHAVA FOOD CORP., LEWIS COUNTY DAIRY : ORDER FOR ADMISSION
CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO : PRO HAC VICE
FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS : ON WRITTEN MOTION
QUALITY DISTRIBUTORS, INC., MOISE BANAYAN,
ANA BANAYAN a/k/a CHANA BANAYAN, REBECCA
BANAYAN a/k/a REBECCA BARIMYAN a/k/a
REBECCA BANAYAN-LIEBERMAN, FARIBORZ
BANAYAN a/k/a AARON BANAYAN, RUBEN
BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA,
LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR
and NORTH COUNTRY MANUFACTURING, and JOHN
DOE COMPANIES 1 through 10,

          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

  Upon the motion of Lawrence C. Fox, attorney for defendant Ahava of California, LLC,

and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

Applicant's Name: Robert W. Hirsh
Firm Name: Robert W. Hirsh & Associates
Address: 8383 Wilshire Boulevard, Suite 510
City/State/Zip: Beverly Hills, CA 90211
Phone Number: (310) 275-7800
Fax Number: (310) 275-4050
Email Address: hirshlaw@yahoo.com

is admitted to practice pro hac vice as counsel for defendant Ahava of California, LLC, in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: June 3, 2008
City, State:

_____
United States District/~~Magistrate~~ Judge