```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
SIGNATURE BANK,                 :
                Plaintiff,      :      ORDER
                                :
        -against-               :      08 Civ. 3893 (NRB)(MHD)
                                :
AHAVA FOOD CORP. d/b/a NORTH    :
COUNTRY CHEESE CORP., et al.,   :
                                :
                Defendants.     :
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

The Court having conducted a telephone conference with counsel for plaintiff and the Ahava-of-California defendants concerning deposition issues, we ruled as follows:

1. The parties are to make best efforts to obtain signed deposition transcripts from defendant Fariborz Banayan and the Bank's impairment witness, Mr. Ed Gibbon, and supply them to opposing counsel by June 12 and 11, respectively.

2. The court authorizes the Bank to subpoena and depose the accountant for Ahava of California -- Mr. Robert Friedbauer -- for a telephone deposition to last no longer than two hours. We note, however, that such a deposition is subject to the availability of the witness at a time before the scheduled hearing in this case.

1

Dated: New York, New York
       June 5, 2008

                                                                  _____
                                                                  MICHAEL H. DOLINGER
                                                                  UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Antonucci, Esq.
12 Public Square
Watertown, New York 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, New York 10017