```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
SIGNATURE BANK,
                                 :
           Plaintiff,                      ORDER
                                 :
      -against-                        08 Civ. 3893 (NRB)(MHD)
                                 :
AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,
                                 :
           Defendants.
--------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

The Court having conducted a telephone conference today with counsel for plaintiff and the Ahava Food Corp. defendants concerning deposition issues, we ruled as follows:

1. In view of the abbreviated length of the deposition today of Moise Banayan (which is expected to end by 2:30 p.m.), plaintiff may resume the deposition on June 8, 2008 at 10 a.m. at an agreed location in or near Monsey, New York.

2. Defendants' counsel may participate in the resumed deposition by telephone.

3. Plaintiff's counsel is to supply today to defendants' counsel copies of those documents that he currently anticipates showing to the witness at the resumed deposition of Mr. Banayan.

Dated: New York, New York
       June 6, 2008

                                                        _____
                                                        MICHAEL H. DOLINGER
                                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Antonucci, Esq.
12 Public Square
Watertown, New York 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, New York 10017