# ROBERT W. HIRSH & ASSOCIATES
Attorneys At Law
8383 WILSHIRE BOULEVARD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211

TELEPHONE  
310-275-7800

FACSIMILE  
310-275-4050

June 6, 2008

**VIA FACSIMILE: 212-805-7928**
Honorable Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street, Room 2270
New York, New York 10007

Re: Ahava.002/Signature Bank v. Ahava Food Corp, et. al. 08 Civ. 3893 (NRB)(MHD)

Your Honor:

As you recall, I represent defendant Ahava of California LLC ("Ahava CA") in the above referenced case.

Ahava CA applies for an order that plaintiff Signature Bank ("the Bank") cannot rely upon the deposition testimony of Fariborz Banayan ("FB"), because the Bank breached your earlier order. In particular, the Bank failed to deliver FB's June 4, 2008 deposition transcript to me on June 5, 2008 as ordered. Instead, the transcript arrived mid afternoon today. FB and I had planned to meet yesterday to review the transcript together. Today, as the Bank know, I was occupied all day, including all morning on a hearing in the California state court lawsuit between the Bank and Ahava CA. It is very disturbing that the Bank "took away" the only two days that FB would have to review the transcript.

Finally, I am out on June 9-10, 2008 for Shavous.

Very truly yours,

Robert W. Hirsh

cc: David Feuerstein, via fax: 212-545-3477
    David Antonucci, via fax: 315-788-1643
    Lawrence Fox, via fax: 212-826-3640

ENDORSED
ORDER

Application denied.

6/9/08