UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SIGNATURE BANK,

        Plaintiff,

    -against-

AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,

        Defendants.
------------------------------x

ORDER

08 Civ. 3893 (NRB)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    The Court having conducted a telephone conference today with counsel for the parties, it was ordered as follows:

    1. Plaintiff having failed to make timely delivery, pursuant to court order, of documents requested by the Ahava Food Corp. defendants and due by June 9, 2008, the Bank is to provide all such documents in hand to both sets of defendants' attorneys by no later than 5:00 p.m. today (New York time for delivery to the New York attorney and California time for delivery to the California attorney).

    2. The depositions of Bank personnel noticed by the Ahava Food Corp. defendants and scheduled for June 12 and 13, 2008 are adjourned to June 13 and 17, 2008 respectively.

1

3. If the Bank wishes to resist the oral application of the Ahava Food Corp. defendants for payment of their counsel's travel expenses in coming to New York City twice for the foregoing depositions, it may serve and file an explanatory affidavit and memorandum of law by June 18, 2008.

4. The Bank's reply papers in support of its preliminary injunction motion remain due today. Defendants' sur-reply papers are to be served and filed (with courtesy copies to chambers) by June 19, 2008.

5. The court will conduct a telephone status conference on June 20, 2008 at 11:00 a.m.


Dated: New York, New York
       June 11, 2008

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Antonucci, Esq.
12 Public Square
Watertown, New York 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, New York 10017