UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

SIGNATURE BANK,

Plaintiff,

-against-

AHAVA FOOD CORP. d/b/a NORTH COUNTRY CHEESE CORP., et al.,

Defendants.

-------------------------------x

ORDER

08 Civ. 3893 (NRB)(MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

The Court having conducted a telephone conference on June 11, 2008 with counsel for the parties, it was ordered as follows:

1. Plaintiff having requested leave to withdraw its pending motion for a preliminary injunction appointing a receiver, that request is granted and the motion is deemed withdrawn.

2. If any of the defendants intend to seek relief in connection with the filing and the withdrawal of the plaintiff's motion, they are to serve and file that motion by no later than July 7, 2008.

3. Those defendants who have been served and have not responded to the complaint are to do so by no later than July 7, 2008.

4. Plaintiff is to provide to defendants' counsel, by no later than June 12, 2008, copies of all proofs of service of the complaint. Counsel for the defendants are to notify plaintiff's attorneys by June 18, 2008 whether any defendants whom they represent and who have not yet been properly served will consent to the attorney accepting service of the summons and complaint.

5. If any party intends to amend a pleading, he is to do so, whether by stipulation or motion, by no later than July 7, 2008.

6. All fact discovery is to be completed by no later than September 30. 2008.

7. Plaintiff is to provide to defendants by October 15, 2008, its designation of expert witnesses and all of the other information required by Fed. R. Civ. P. 26(a)(2)(B). Defendants are to provide the equivalent information to plaintiff by no later than November 5, 2008. All remaining expert-witness discovery is to be completed by no later than November 19, 2008.

8. The parties are to submit a joint pre-trial order by no later than December 10, 2008 unless a potentially dispositive motion has been served and filed by that date.

Dated: New York, New York
June 12, 2008

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Antonucci, Esq.
12 Public Square
Watertown, New York 13601

Robert W. Hirsh, Esq.
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, New York 10017