# MEMO ENDORSED

## ROBERT W. HIRSH & ASSOCIATES

Attorneys At Law
8383 WILSHIRE BOULEVARD, SUITE 510
BEVERLY HILLS, CALIFORNIA 90211

TELEPHONE
310-275-7800

FACSIMILE
310-275-4050

June 13, 2008



**VIA FACSIMILE: 212-805-7927**
Honorable Naomi R. Buchwald
United States District Judge
500 Pearl Street, Room 2270
New York, New York 10007

Re: Ahava 002/Signature Bank v. Ahava Food Corp. et. al. 08 Civ. 3893 (NRB)(MHD)

Your Honor:

This letter confirms my conversation today with your clerk Josh.

By this letter, defendant Ahava of California LLC is taking its pending abstention motion before your honor off calendar. We will be dismissing the California case without prejudice, and we will be filing a counterclaim in this case. Simply put, it makes no sense to litigate two similar cases on two different coasts simultaneously. It is a waste of litigant and judicial resources.

Very truly yours,

Robert W. Hirsh

cc:  Mara Levin, via fax: 212-545-3448
     David Antonucci, via fax: 315-788-1643
     Lawrence Fox, via fax: 212-826-3640

**MEMO ENDORSED**

Endorsement

The abstention motion (Docket No. 9) is withdrawn. The motion should be marked off.

So Ordered.

Naomi Reice Buchwald
USDJ
6/17/08

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08