UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SIGNATURE BANK**,
                *Plaintiff*,

- against -

**AHAVA FOOD CORP. d/b/a NORTH COUNTRY CHEESE CORP., LEWIS COUNTY DAIRY CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS QUALITY DISTRIBUTORS, INC., MOISE BANAYAN, ANA BANAYA a/k/a CHANA BANAYAN, REBECCA BANAYAN a/k/a REBECCA BARIMYAN a/k/a REBECCA BANAYAN-LIEBERMAN, FARIBORZ BANAYAN a/k/a AARON BANAYAN, RUBEN BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR and NORTH COUNTRY MANUFACTURING, and JOHN DOES 1 through 50,**

                *Defendants*.

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Civ. Action No. 08 Civ. 3893

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Upon the motion of J. Eric Charlton said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David P. Antonucci, Esq. |
| Firm Name: | Antonucci Law Office, LLP |
| Address: | 12 Public Square |
| City/State/Zip: | Watertown, New York 13601 |
| Telephone/Fax: | (315) 788-7300 / (315) 788-1643 |
| Email Address: | Antonlaws@nnymail.com |

is admitted to practice *pro hac vice* as counsel for Ahava Food Corp., Lewis County Dairy Corp., Schwartz and Sons Quality Distributors, Inc., St. Lawrence Food Corp, Yoni Realty and Moise Banayan, in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: July 3, 2008
City, State: New York, NY

United States District/Magistrate Judge