USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

ROBERT W. HIRSH
ROBERT W. HIRSH & ASSOCIATES
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: 310-275-7800;   Facsimile: 310-275-4050

SETH EISENBERGER (SE-6769)
108 Airport Executive Park
Nanuet, New York 10954
Telephone: 845-426-3400; Facsimile: 845-426-3401

Attorneys for Defendant Ahava of California, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | | |
|---|---|---|
| SIGNATURE BANK, | : | |
| | : | |
| Plaintiff, | : | 08 Civ. 3893 (NRB) (MHD) |
| - against - | : | |
| | : | |
| AHAVA FOOD CORP., LEWIS COUNTY DAIRY CORP., ST. LAWRENCE FOOD CORP. d/b/a PRIMO FOODS, YONI REALTY, LLC, SCHWARTZ AND SONS QUALITY DISTRIBUTORS, INC., MOISE BANAYAN, ANA BANAYAN a/k/a  CHANA BANAYAN, REBECCA BANAYAN a/k/a REBECCA BARIMYAN a/k/a REBECCA BANAYAN-LIEBERMAN, FARIBORZ BANAYAN a/k/a AARON BANAYAN, RUBEN BEITYAKOV, ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a AHAVA NATIONAL FOOD DISTRIBUTOR and NORTH COUNTRY MANUFACTURING, and JOHN DOE COMPANIES 1 through 10, | : : : : : : : : : : : | **SUBSTITUTION OF COUNSEL** |
| Defendants. | : | |

------------------------------------------------------------
IT IS HEREBY CONSENTED AND AGREED THAT:

        SETH EISENBERGER
        LAW OFFICE OF SETH EISENBERGER
        108 Airport Executive Park
        Nanuet, New York 10954
        (845) 426-3400

be substituted as local counsel for defendants Ahava of California, LLC in the above-captioned
015460}

action in place and instead of the undersigned local counsel as of the date hereof.

Dated: New York, New York
June 24, 2008

| KORNSTEIN VEISZ WEXLER & POLLARD, LLP | LAW OFFICE OF SETH EISENBERGER |
|---|---|
| By: _____ Lawrence C. Fox (LF-2503) 757 Third Avenue New York, New York 10017 (212) 418-8600 | By: _____ Seth Eisenberger (SE-6769) 108 Airport Executive Park Nanuet, New York 10954 (845) 426-3400 |
| Withdrawing Local Counsel for Defendant Ahava of California, LLC | Substituted Local Counsel for Defendant Ahava of California, LLC |

AHAVA OF CALIFORNIA, LLC.

By: _____
Fariborz Banayan
Authorized Representative

SO ORDERED:

_____
NAOMI REICE BUCHWALD, U.S.D.J.

7/9/08

{05460}

JAN-25-2006 07:56A FROM: TO:18454253401 P.1