```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
SIGNATURE BANK,                    :
                                   :
               Plaintiff,          :        ORDER
                                   :
       -against-                   :   08 Civ. 3893 (NRB)(MHD)
                                   :
AHAVA FOOD CORP. d/b/a NORTH       :
COUNTRY CHEESE CORP., et al.,      :
                                   :
               Defendants.         :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion to amend having been filed by plaintiff Signature Bank July 8, 2008,

It is hereby **ORDERED**:

1. Defendant is to serve and file any response to defendant's motion by no later than Friday, July 18, 2008.

2. Plaintiff is to serve and file any reply papers by no later than Wednesday, July 23, 2008.

DATED: New York, New York
July 9, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been faxed this date to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Robert W. Hirsch, Esq.
Robert W. Hirsch & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017