UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SIGNATURE BANK,

                                  Plaintiff,

                - against -

AHAVA FOOD CORP., et al.

                                  Defendants.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3893 (NRB)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____  Specific Non-Dispositive Motion/Dispute:*

_____

_____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____  Settlement*

_____  Inquest After Default/Damages Hearing

_____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

       Purpose:_____

_____  Habeas Corpus

_____  Social Security

__✓__  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

       _____

       All such motions: __✓__

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           July 14, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE