K&L GATES LLP
Kristin S. Elliott (KE6069)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
-and-
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
(310) 552-5000
Josefina Fernandez McEvoy (Cal. Bar No. 147138)
Michael J. Heyman (Cal. Bar No. 218147)
Claire Shin (Cal. Bar No. 249492)

Proposed General Reorganization Attorneys for
 Ahava of California, LLC, Debtor and Debtor-
in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

| | |
|---|---|
| SIGNATURE BANK, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>AHAVA OF CALIFORNIA,<br><br>        Defendants. | Case No.  1:08cv3893<br><br>Chapter 11<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE AND STAY OF LITIGATION**<br><br>Assigned to Hon. Naomi Reice Buchwald<br><br>Assigned to Magistrate Judge Michael H. Dolinger<br><br> [Hearing to be set if necessary pursuant to Local Bankruptcy Rule 2014-1] |

## COMMENCEMENT OF CASE

On July 15, 2008, the above-captioned debtor and debtor-in-possession (the "Debtor")

filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11

U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the

Central District of California, Los Angeles Division, and an order for relief has been entered.  A

true and correct copy of the voluntary bankruptcy petition is attached as Exhibit "1" hereto.  The

Debtor, and its address, case number and federal tax identification number are as follows:

In re Ahava of California, LLC dba Ahava National Food Distributor and North Country

Manufacturing, at 908 Rose Avenue, Los Angeles, CA 90291; Chapter 11 case number: 08-

20524; federal tax identification number: 94-4846136.

**PURPOSE OF CHAPTER 11 FILING:**

Chapter 11 of the Bankruptcy Code permits the Debtor to reorganize pursuant to a plan. Creditors will be given notice concerning any plan of reorganization. The Debtor will remain in possession of its property and will continue to operate its business.

**CREDITORS AND INTERESTED PARTIES MAY NOT TAKE CERTAIN ACTIONS:**    A creditor is anyone to whom the Debtor owes money or property.  Under the Bankruptcy Code, the Debtor is granted certain protections against creditors.  Common examples of prohibited actions by creditors are contacting the Debtor to demand repayment, taking action against the Debtor to collect money owed, seizing or holding property of the Debtor, and starting or continuing any legal actions to obtain possession of or control over property of the Debtor or the bankruptcy estate.  If unauthorized actions are taken by a creditor against the Debtor, the court may penalize that creditor.

**FURTHER INFORMATION:**

Further information concerning this chapter 11 case can be obtained by contacting the undersigned.

Dated: New York, New York
       July 17, 2008

                    K&L GATES LLP


                    By:____*/s/ Kristin S. Elliott*_____
                       Kristin S. Elliott
                    599 Lexington Avenue
                    New York, NY 10022
                    (212) 536-3900

                        -and-

                    10100 Santa Monica Boulevard
                    Seventh Floor
                    Los Angeles, California  90067
                    (310) 552-5000
                    Josefina Fernandez McEvoy (Cal. Bar No. 147138)
                    Michael J. Heyman (Cal. Bar No. 218147)
                    Claire Shin (Cal. Bar No. 249492)

                    Proposed General Reorganization Attorneys
                    for Debtor and Debtor-in-Possession

# Exhibit 1

Form B1 (Official Form 1) - (Rev. 1/08)

2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Ahava of California, LLC, a California limited liability company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Ahava National Food Distributor North Country Manufacturing | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) 94-4846136 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State): 908 Rose Ave. Venice, CA                            ZIP CODE  90291 | Street Address of Joint Debtor (No. & Street, City, and State):                            ZIP CODE |
| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): Same as above                            ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                            ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|
| 2870 Lugo St        110 Beard St.        7705 State Route 12    30 Main Street        236 Richard St. |
| Los Angeles, CA  90023    Brooklyn, NY  11231    Lowville, NY 13367    Odgensburg, NY  13369   Brooklyn, NY  11218 |
| ZIP CODE 11231 |

**Type of Debtor (Form of Organization)** (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  Kosher Mnfgr. & Dist.

**Tax-Exempt Entity** (Check one box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which** the Petition is Filed (Check one box)

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (Check one box.)**

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Filing Fee (Check one box)**

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Application to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) (Rev. 1/08)

**2008 USBC, Central District of California**

FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): Ahava of California, LLC, a California limited liability company |
|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. ☒ No | |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08)

2008 USBC, Central District of California

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): FORM B1, Page 3 Ahava of California, LLC, a California limited liability company |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor


_____
Telephone Number (if not represented by attorney)

_____
Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

**(Check only one box.)**

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date |
| **Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Josefina Fernandez McEvoy
Printed Name of Attorney for Debtor(s)

K&L GATES LLP
Firm Name

10100 Santa Monica Boulevard
Address

7th Floor

310.552.5088
Telephone Number

7/15/08          147138
Date              Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | **Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address |
| **Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Fariborz Banayan, aka Aaron Banayan
Printed Name of Authorized Individual

President and CEO
Title of Authorized Individual

7/15/08
Date | X _____
                                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

United States Bankruptcy Court
Central District Of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 07/15/2008 at 12:27 PM and filed on 07/15/2008.

**FILED**
**Electronically**
**07/15/2008**
**12:27 PM**

**Ahava of California, LLC**
908 Rose Avenue
Venice, CA 90291
Tax id: 94-4846136
*dba*
**Ahava National Food Distributor**
*dba*
**North Country Manufacturing**

The case was filed by the debtor's attorney:

**Josefina F McEvoy**
10100 Santa Monica Blvd 7th Fl
Los Angeles, CA 90067
310-552-5000

The case was assigned case number 2:08-bk-20524.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple
Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Jon D. Ceretto**
**Clerk, U.S. Bankruptcy**
**Court**

| PACER Service Center |
| --- |
| **Transaction Receipt** |

1

## PROOF OF SERVICE

2

*[SIGNATURE BANK v. AHAVA, et al.]*

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

     I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the witnin action.  My business address is 10100 Santa Monica Boulevard, Seventh

5

Floor, Los Angeles, California 90067.

6

     On the date set forth below, I served the foregoing document(s) described as:

7

8

**NOTICE OF COMMENCEMENT VOLUNTARY CHAPTER 11 BANKRUPTCY CASE**

9

on all interested parties in the action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent out as follows:

10

David T. Feuerstein                        *U.S. Mail*

11

BOIES, SCHILLER & FLEXNER, LLP
401 E. Las Olas Blvd, Suite 1200
Ft. Lauderdale, FL  33446

12

P: 212.592.5927
F: 212.592.1500

13

14

John P. Oleske                            *U.S. Mail*
NIXON, PEABODY, LLP
437 Madison Avenue

15

New York, NY  10022
T:  212.940.3191

16

Fax:  212.940.3111

17

Mara Beth Levin                         *U.S. Mail*
Herrick, Feinstein, LLP

18

2 Park Avenue
New York, NY  10016

19

T: 212.592.1400
F:  212.592.1500

20

21

Laurence C. Fox                         *U.S. Mail*
KORNSTEIN, VEISZ & WEXLER, LLP

22

757 Third Avenue
New York, NY  10017
T:  212.418.8600

23

F:  212.826.3640

24

Robert W. Hirsh                         *U.S. Mail*
ROBERT W. HIRSH & ASSOCIATES

25

8383 Wilshire Boulevard
Suite 510

26

Beverly Hills, CA  90211
T: 310.275.7800

27

F: 310.275.4050

28

1    Lawrence C. Fox                      *U.S. Mail*
     KORNSTEIN VEISZ WEXLER & POLLARD,
2    LLP
     757 Third Avenue
3    NY, NY 10017
     T: 212-418-8629
4    F: 212.826.3640

5    ☒    **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California
with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am
6        "readily familiar" with this firm's practice of collection and processing correspondence for
mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course
7        of business. I am aware that on motion of party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one day after the date of deposit for
8        mailing in affidavit.

9    ☒    **STATE:** I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.
10

11    Executed on July 15ᵗʰ, 2008 at Los Angeles, California

12                          *Marilyn M Guichard*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28