UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SIGNATURE BANK,

           Plaintiff,

           ORDER

   -against-

           08 Civ. 3893 (NRB)(MHD)

AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,

           Defendants.

------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    In view Ahava of California LLC's filing for bankruptcy, and defendant Moishe Banayan's motion to convert his Chapter 11 proceeding into a Chapter 7 proceeding, Ahava of California LLC's motion for sanctions and Signature Bank's motion for an order of seizure are stayed. The hearing scheduled for July 24, 2008 at 10:00 AM is adjourned without date.

**DATED:** New York, New York
       July 17, 2008

                                              SO ORDERED.

                                              MICHAEL H. DOLINGER
                                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Robert W. Hirsch, Esq.
Robert W. Hirsch & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Josefina Fernandez McEvoy, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067