K&L GATES LLP
Kristin S. Elliott (KE6069)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
and
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
(310) 552-5000
Josefina Fernandez McEvoy (Cal. Bar No. 147138)
Michael J. Heyman (Cal. Bar No. 218147)
Claire Shin (Cal. Bar No. 249492)
Proposed General Reorganization Attorneys for
Ahava of California, LLC, Debtor and Debtor-
in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT
--------------------------------------------------------x

| | |
|---|---|
| SIGNATURE BANK, et al. | Index No.: Case No.  1:08cv3893 |
| Plaintiffs, | Chapter 11 |
| v. | **AFFIDAVIT OF SERVICE** |
| AHAVA OF CALIFORNIA, | Assigned to Hon. Naomi Reice Buchwald |
| Defendants. | Assigned to Magistrate Judge Michael H. Dolinger |

--------------------------------------------------------x

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK  )

PHILIP M. SELIGER, being duly sworn, deposes and says:

1.    I am not a party to this action and I am over 18 years of age.

2.    On the 17th day of July, 2008, I caused to be served a true copy of the

following document in the manner described below:

**Document Served:**

Notice of Commencement of Chapter 11 Case and Stay of Litigation

**Served Upon:**

David T. Feuerstein
Boies, Schiller & Flexner, LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33446

John P. Oleske
Nixon, Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mara Beth Levin
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY 10016

Laurence C. Fox
Kornstein, Veisz & Wexler, LLP
757 Third Avenue
New York, NY 10017

Robert W. Hirsh
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, CA 90211

**Manner of Service:**

By First Class Mail

_____
Philip M. Seliger

Sworn to before this
17th day of July, 2008

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 200_

2