ROBERT W. HIRSH, #102731
ROBERT W. HIRSH & ASSOCIATES
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: 310-275-7800; Facsimile: 310-275-4050

SETH EISENBERGER (SE-6769)
108 Airport Executive Park
Nanuet, New York 10954
Telephone: 845-426-3400; Facsimile: 845-426-3401

Attorneys for Defendants Ahava of California, LLC, Fariborz Banayan, Ruben Beityakov, and Ari Katz

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNATURE BANK, et al. | 08 CIV 3893 (NRB) |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| AHAVA FOOD CORP., et al | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Defendants Ahava of California, LLC, Fariborz Banayan, Ruben Beityakov and Ari Katz substitute Seth Eisenberger as counsel of record in place of Robert W. Hirsh dba Robert W. Hirsh & Associates for all purposes in the above litigation.

AHAVA OF CALIFORNIA, LLC

Dated: July 15, 2008

By: Fariborz Banayan, its Managing Member

Dated: July 15, 2008

Fariborz Banayan

Dated: July 15, 2008

Ruben Beityakov

Dated: July 15, 2008

Ari Katz

1
SUBSTITUTION OF ATTORNEY

|  |  |
|---|---|
| Dated: July 11, 2008 | ROBERT W. HIRSH & ASSOCIATES<br>By: Robert W. Hirsh |
| Dated: July 15, 2008 | LAW OFFICES OF SETH EISENBERGER<br>By: Seth Eisenberger |
| IT IS SO ORDERED.<br><br>Dated: July 24, 2008 | Honorable Naomi R Buchwald<br>UNITED STATES DISTRICT JUDGE |