UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
SIGNATURE BANK,

           Plaintiff,

    -against-

AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,

           Defendants.
------------------------------------X

**ORDER**

08 Civ. 3893 (NRB)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, JULY 29, 2008 at 4:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
       July 28, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Robert W. Hirsch, Esq.
Robert W. Hirsch & Associates
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Josefina Fernandez McEvoy, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067