UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
SIGNATURE BANK,                     :
                                    :
              Plaintiff,            :         ORDER
                                    :
       -against-                    :    08 Civ. 3893 (NRB)(MHD)
                                    :
AHAVA FOOD CORP. d/b/a NORTH        :
COUNTRY CHEESE CORP., et al.,       :
                                    :
              Defendants.           :
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   A telephone conference having been held on July 29, 2008, it is hereby ordered:

   1. A telephone conference has been scheduled in the above-captioned action on **FRIDAY, AUGUST 8, 2008 at 2:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

   2. At the August 8, 2008 conference we will determine whether the depositions noticed heretofore should take place, and, if so, where and when.

3. Counsel for plaintiff is to provide a copy of this order to the Office of the United States Trustee and to the trustee who is appointed in order apprise them of the forthcoming conference.

4. If there is going to be an application to impose or recognize a bankruptcy stay with respect to any noticed depositions such application is to be made in the form of a written motion..

DATED:  New York, New York
        July 30, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Mara Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Seth Eisenberger, Esq.
108 Airport Executive Park
Nanuet, New York 10954

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Josefina Fernandez McEvoy, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067