Mara B. Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Fax: (212) 545-3358
Email: mlevin@herrick.com

**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SIGNATURE BANK,

                Plaintiff,

        - against -

AHAVA FOOD CORP., NORTH COUNTRY CHEESE
CORP., LEWIS COUNTY DAIRY CORP., ST.
LAWRENCE FOOD CORP. d/b/a PRIMO FOODS YONI
REALTY LLC, SWARTZ AND SONS QUALITY
DISTRIBUTORS, INC., MOISE BANAYAN, ANA
BANAYAN a/k/a CHANA BANAYAN, REBECCA
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN
a/k/a AARON BANAYAN, RUBEN BEITYAKOV, ARI
KATZ, AHAVA OF CALIFORNIA LLC d/b/a AHAVA
NATIONAL FOOD DISTRIBUTORS and NORTH
COUNTRY MANUFACTURING, and JOHN DOES 1
through 50,

                Defendants.
------------------------------------X

08 Civ. 3893 (NRB)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Signature Bank certifies that Signature Bank is a publicly held company and that there are no corporate parents, affiliates and/or subsidiaries of Signature

HF 4295328v.1 #06406/0023

Bank that are publicly held.

Dated: New York, New York
August 5, 2008

HERRICK, FEINSTEIN LLP

By: _____
Mara B. Levin
Attorneys for Plaintiff
 Signature Bank
2 Park Avenue
New York, NY 10016-9301
Phone: (212) 592-1400
Fax:    (212) 592-1500
mlevin@herrick.com

2

HF 4295328v.1 #06406/0023