```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SIGNATURE BANK,
                                   :
              Plaintiff,                    ORDER
                                   :
         -against-                          08 Civ. 3893 (NRB)(MHD)
                                   :
AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.,      :

              Defendants.          :
----------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

The Court having conducted a telephone conference on June 11, 2008 with counsel for the parties, it was ordered as follows:

1. The depositions noticed by plaintiff, with the exception of those of Messrs. Ruben Bettyakov and Ari Katz may be conducted as scheduled except that counsel for plaintiff and Anna Banayan are to arrange an alternate date for her deposition in view of counsel's unavailability for August 11, 2008.

2. The parties are to make the submissions pertinent to the depositions of Messrs. Bettyakov and Katz on August 11 (for plaintiff) and August 12, 2008 (for defendants). In addition, counsel for Ahava of California is to provide her proposed discovery schedule by August 11, 2008.

Dated: New York, New York
       August 8, 2008

                                   MICHAEL H. DOLINGER
                                   UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mara Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
12 Public Square
Watertown, NY 13601

Seth Eisenberger, Esq.
108 Airport Executive Park
Nanuet, New York 10954

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Josefina Fernandez McEvoy, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067