ORIGINAL

K&L GATES LLP
Kristin S. Elliott (KE6069)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
-and-
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
(310) 552-5000
Josefina Fernandez McEvoy (Cal. Bar No. 147138)
Michael J. Heyman (Cal. Bar No. 218147)
Claire Shin (Cal. Bar No. 249492)

Proposed General Reorganization Attorneys for
Ahava of California, LLC, Debtor and Debtor-
in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

| | |
|---|---|
| SIGNATURE BANK, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>AHAVA OF CALIFORNIA,<br><br>    Defendants. | Case No. 1:08cv3893<br><br>Chapter 11<br><br>Assigned to Hon. Naomi Reice Buchwald<br><br>Assigned to Magistrate Judge Michael H. Dolinger |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Kristin S. Elliott, a member in good standing of the bar of this Court, respectfully seeks an Order, PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Josefina Fernandez McEvoy |
| Firm Name: | K & L Gates LLP |
| Address: | 10100 Santa Monica Boulevard, Seventh Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 552-5000 |
| Fax: | (301) 552-5001 |

NY-#582678-v1

Email Address:        josefina.McEvoy@klgates.com

Josefina Fernandez McEvoy is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Ms. McEvoy in any State or Federal court.

Dated: New York, New York
       August 7, 2008

                                      K&L GATES LLP

                                      By: _____
                                         Kristin S. Elliott
                                         599 Lexington Avenue
                                         New York, NY 10022
                                         (212) 536-3900

                                         -and-

                                         10100 Santa Monica Boulevard
                                         Seventh Floor
                                         Los Angeles, California 90067
                                         (310) 552-5000
                                         Josefina Fernandez McEvoy (Cal. Bar No. 147138)
                                         Michael J. Heyman (Cal. Bar No. 218147)
                                         Claire Shin (Cal. Bar No. 249492)

                                         Proposed General Reorganization Attorneys
                                         for Debtor and Debtor-in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

SIGNATURE BANK, et al.

          Plaintiffs,

v.

AHAVA OF CALIFORNIA,

          Defendants.

Case No. 1:08cv3893

Chapter 11

Assigned to Hon. Naomi Reice Buchwald

Assigned to Magistrate Judge Michael H. Dolinger

### AFFIDAVIT OF KRISTIN S. ELLIOTT
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK    )
                                   ) ss.
COUNTY OF NEW YORK  )

        KRISTIN S. ELLIOTT, being duly sworn, deposes and says:

        1.    I am an attorney duly admitted to practice before the courts of this State and an Associate of the law firm of K & L Gates LLP, counsel for Ahava of California in this action.

        2.    I respectfully submit this affidavit in support of the motion to admit my colleague, Josefina Fernandez McEvoy, of K & L Gates LLP, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067, Telephone: 301.552.5000, Fax: 301.552.5001, pro hac vice.

        3.    Ahava of California requests that Mrs. McEvoy appear on its behalf in this action. Mrs. McEvoy is familiar with Ahava of California and the facts at issue in this litigation. She is a member in good standing of the Bar of the State of California. A certificate of good standing are attached hereto as Exhibit A.

NY-#582670-v1

4. I respectfully submit a proposed order granting the admission of Josefina Fernandez McEvoy, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Josefina Fernandez McEvoy pro hac vice be granted.

_____
Kristin S. Elliott

Subscribed and sworn to before me
This 7th day of August 2008

_____
Notary Public

NATHANAEL F. MEYERS
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, ~~1998~~ 2010

2



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

August 1, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEFINA FERNANDEZ-BONNE, #147138 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 1990; that at her request, on December 11, 1996, her name was changed to JOSEFINA FERNANDEZ MCEVOY on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*J. Robert McPhail*

J. Robert McPhail
Custodian of Membership Records

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

SIGNATURE BANK, et al.

        Plaintiffs,

v.

AHAVA OF CALIFORNIA,

        Defendants.

Case No. 1:08cv3893

Chapter 11

Assigned to Hon. Naomi Reice Buchwald

Assigned to Magistrate Judge Michael H. Dolinger

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Kristin S. Elliott, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Josefina Fernandez McEvoy |
| Firm Name: | K & L Gates LLP |
| Address: | 10100 Santa Monica Boulevard, Seventh Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 552-5000 |
| Fax: | (310) 552-5001 |
| Email Address: | josefina.mcevoy@klgates.com |

is admitted to practice pro hac vice as counsel for Ahava of California in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

3

Dated: August ___, 2008
New York, New York

                                                                               _____
                                                                                      U.S. District Judge

K&L GATES LLP
Kristin S. Elliott (KE6069)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
-and-
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
(310) 552-5000
Josefina Fernandez McEvoy (Cal. Bar No. 147138)
Michael J. Heyman (Cal. Bar No. 218147)
Claire Shin (Cal. Bar No. 249492)

Proposed General Reorganization Attorneys for
Ahava of California, LLC, Debtor and Debtor-
in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

| | |
|---|---|
| SIGNATURE BANK, et al.<br><br>                    Plaintiffs,<br><br>           v.<br><br>AHAVA OF CALIFORNIA,<br><br>                    Defendants. | Case No. 1:08cv3893<br><br>Chapter 11<br><br>Assigned to Hon. Naomi Reice Buchwald<br><br>Assigned to Magistrate Judge Michael H. Dolinger |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                           )ss.:
COUNTY OF NEW YORK  )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.     I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

NY-#582670-v1

2. On August 7, 2008 I caused a copy of the **Motion to Admit Counsel Pro Hac Vice for Josefina Fernandez McEvoy** to be served by e-mail transmission and First Class Mail postage pre-paid upon the persons and at the addresses as set forth upon the attached service list.

*[signature]*
Nathanael F. Meyers

Sworn to before me this
7th day of August, 2008

*[signature]*
Notary Public, State of New York
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

2

Service List

David T Feuerstein
Boies, Schiller & Flexner LLP(Florida)
401 E Las Olas Blvd, Suite 1200
Ft. Lauderdale, FL 33446
E-Mail: dfeuerstein@herrick.com

John P. Oleske
Nixon, Peabody, LLP
437 Madison Avenue
New York, NY 10022
E-Mail: joleske@herrick.com

Mara Beth Levin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
E-Mail: mlevin@herrick.com

Robert W. Hirsh
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, CA 90211
E-Mail: hirshlaw@yahoo.com

Lawrence C. Fox
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
NY, NY 10017
E-Mail: lfox@kvwmail.com

Seth Eisenberger
Law Office S Eisenberger
30 Broad Street
New York, NY 10004
E-mail: seth@sethesq.com

David Peter Antonucci
Antonucci Law Office, L.L.P.
12 Public Square
Watertown, NY 13601
E-Mail: antonlaws@nnymail.com

Seth Eisenberger
Law Office S Eisenberger
108 Airport Executive Park
Nanuet, NY 10954
E-mail: seth@sethesq.com

J. Eric Charlton
Hiscock & Barclay, L.L.P.
300 S. State St., One Park Place
Syracuse, NY 13202
E-mail: echarlton@hiscockbarclay.com

4