UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

SIGNATURE BANK, et al.

   Plaintiffs,

v.

AHAVA OF CALIFORNIA,

   Defendants.

Case No. 1:08cv3893

Chapter 11

Assigned to Hon. Naomi Reice Buchwald

Assigned to Magistrate Judge Michael H. Dolinger

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Kristin S. Elliott, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Josefina Fernandez McEvoy |
| Firm Name: | K & L Gates LLP |
| Address: | 10100 Santa Monica Boulevard, Seventh Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 552-5000 |
| Fax: | (310) 552-5001 |
| Email Address: | josefina.mcevoy@klgates.com |

is admitted to practice pro hac vice as counsel for Ahava of California in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

3

Dated: August _11_, 2008
New York, New York

                                                                                  _____
                                                                                                U.S. District Judge

4

K&L GATES LLP
Kristin S. Elliott (KE6069)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
-and-
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
(310) 552-5000
Josefina Fernandez McEvoy (Cal. Bar No. 147138)
Michael J. Heyman (Cal. Bar No. 218147)
Claire Shin (Cal. Bar No. 249492)

Proposed General Reorganization Attorneys for
Ahava of California, LLC, Debtor and Debtor-
in-Possession

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

| | |
|---|---|
| SIGNATURE BANK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AHAVA OF CALIFORNIA,<br><br>Defendants. | Case No. 1:08cv3893<br><br>Chapter 11<br><br>Assigned to Hon. Naomi Reice Buchwald<br><br>Assigned to Magistrate Judge Michael H. Dolinger |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

Nathanael F. Meyers, being duly sworn, deposes and says:

1. I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

NY-#582670-v1

2. On August 7, 2008 I caused a copy of the **Motion to Admit Counsel Pro Hac Vice for Josefina Fernandez McEvoy** to be served by e-mail transmission and First Class Mail postage pre-paid upon the persons and at the addresses as set forth upon the attached service list.

Nathanael F. Meyers

Sworn to before me this
14 day of August, 2008

Notary Public, State of New York
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

## Service List

David T Feuerstein
Boies, Schiller & Flexner LLP(Florida)
401 E Las Olas Blvd. Suite 1200
Ft. Lauderdale, FL 33446
E-Mail: dfeuerstein@herrick.com

John P. Oleske
Nixon, Peabody, LLP
437 Madison Avenue
New York, NY 10022
E-Mail: joleske@herrick.com

Mara Beth Levin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
E-Mail: mlevin@herrick.com

Robert W. Hirsh
Robert W. Hirsh & Associates
8383 Wilshire Boulevard
Suite 510
Beverly Hills, CA 90211
E-Mail: hirshlaw@yahoo.com

Lawrence C. Fox
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
NY, NY 10017
E-Mail: lfox@kvwmail.com

Seth Eisenberger
Law Office S Eisenberger
30 Broad Street
New York, NY 10004
E-mail: seth@sethesq.com

David Peter Antonucci
Antonucci Law Office, L.L.P.
12 Public Square
Watertown, NY 13601
E-Mail: antonlaws@nnymail.com

3

Seth Eisenberger
Law Office S Eisenberger
108 Airport Executive Park
Nanuet, NY 10954
E-mail: seth@sethesq.com

J. Eric Charlton
Hiscock & Barclay, L.L.P.
300 S. State St., One Park Place
Syracuse, NY 13202
E-mail: echarlton@hiscockbarclay.com

4