USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN DISTRICT

SIGNATURE BANK, et al.

    Plaintiffs,

v.

AHAVA OF CALIFORNIA,

    Defendants.

Case No. 1:08cv3893

Chapter 11

Assigned to Hon. Naomi Reice Buchwald

Assigned to Magistrate Judge Michael H. Dolinger

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Kristin S. Elliott, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Josefina Fernandez McEvoy |
| Firm Name: | K & L Gates LLP |
| Address: | 10100 Santa Monica Boulevard, Seventh Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 552-5000 |
| Fax: | (310) 552-5001 |
| Email Address: | josefina.mcevoy@klgates.com |

is admitted to practice pro hac vice as counsel for Ahava of California in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

3

Dated: August 13, 2008
New York, New York

                                             _____
                                                          U.S. District Judge

4