Mara Levin, Esq.
David Feuerstein, Esq.
John Oleske, Esq.
Attorneys for Plaintiff
  Signature Bank
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: mlevin@herrick.com

**Electronically-Filed Document**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SIGNATURE BANK,

                Plaintiff,           08 Civ. 3893 (NRB)(MHD)

      - against -

AHAVA FOOD CORP. d/b/a NORTH COUNTRY    **NOTICE OF MOTION TO COMPEL**
CHEESE CORP., LEWIS COUNTY DAIRY CORP.,  **AND FOR SANCTIONS**
ST. LAWRENCE FOOD CORP. d/b/a PRIMO
FOODS, YONI REALTY, LLC, SCHWARTZ AND
SONS QUALITY DISTRIBUTORS, INC., MOISE
BANAYAN, ANA BANAYAN a/k/a CHANA
BANAYAN, REBECCA BANAYAN a/k/a
REBECCA BARIMYAN a/k/a REBECCA
BANAYAN-LIEBERMAN, FARIBORZ BANAYAN
a/k/a AARON BANAYAN, RUBEN BEITYAKOV,
ARI KATZ, AHAVA OF CALIFORNIA, LLC d/b/a
AHAVA NATIONAL FOOD DISTRIBUTOR and
NORTH COUNTRY MANUFACTURING, and
JOHN DOES 1 through 50,

                Defendants.
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Plaintiff Signature Bank, by its attorneys Herrick, Feinstein, LLP, shall move, before the Honorable Naomi Riece Buchwald, U.S.D.J., United States Courthouse, Room 21A, 500 Pearl Street, New York, New York, 10007, for the entry of an Order: (1) compelling non-party witnesses Yehuda Banayan and Miriam Schwartz to

comply with subpoenas served by Plaintiff Signature Bank ("Signature") in the above-entitled action; and (2) holding Yehuda Banayan and Miriam Schwartz in contempt, and awarding Signature sanctions in the form of its costs and reasonable attorneys fees incurred due to their non-compliance with the subpoenas.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon the this Notice of Motion, the attached Declaration of John Oleske, and the accompanying Memorandum of Law.

Dated: New York, New York
August 15, 2008

HERRICK, FEINSTEIN LLP

By:_____
Mara B. Levin
David Feuerstein
John Oleske
2 Park Avenue
New York, New York 10016
Telephone:    (212) 592-1400
Facsimile:    (212) 592-1500
*Attorneys for Plaintiff Signature Bank*