UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                 :

SIGNATURE BANK,
                                 :

                 Plaintiff,        :                   <u>ORDER</u>

                                 :

        -against-                 :       08 Civ. 3893 (NRB)(MHD)

                                 :

AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., <u>et</u> <u>al.</u>,
                                 :

              Defendants.       :

----------------------------------X

                                                 *3/17/09*

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


     It is hereby **ORDERED** that a telephone status conference has

been scheduled in the above-captioned action on **WEDNESDAY, MARCH

25, 2009 at 2:30 PM,** at which time the parties are directed to call

chambers at (212) 805-0204. All parties are expected to be on the

call. **The parties are to make the necessary arrangements for the

conference call.** Any requests for adjournment of this scheduled

conference must be in writing, with copies to all other parties,

and must be preceded by reasonable efforts by the requesting party

to obtain the consent of those parties.


**DATED:  New York, New York
        March 16, 2009**

SO ORDERED.

_____

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed this date to:

David Feuerstein, Esq.
John Oleske, Esq.
Mara Beth Levin, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
Antonucci Law Firm
12 Public Square
Watertown, NY 13601

Seth Eisenberger, Esq.
108 Airport Executive Park
Nannet, New York 10954

Lawrence Fox, Esq.
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Christopher E. Buckey, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260

Roy I. Martin, Esq.
Gary M. Heller, Esq.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Christian Dribusch, Esq.
Patroon Building
5 Clinton Sq.
Albany, NY 12207

Stephen Wagner, Esq.
Leo Esses, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue
New York, NY 10170

Peter J. Rossi, Esq.
Lankler & Carragher LLP
845 Third Avenue, 17th Floor
New York, NY 10022