Kevin P. Ryan, Esq.
Attorneys for Intervenor
St. Lawrence County Industrial Development Agency
Local Development Corporation
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8800
Email: kryan@harrisbeach.com

FEB 17 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SIGNATURE BANK,

                Plaintiff,

- against -

AHAVA FOOD CORP. d/b/a NORTH COUNTRY
CHEESE CORP., LEWIS COUNTY DAIRY
CORP., ST. LAWRENCE FOOD CORP. d/b/a
PRIMO FOODS, YONI REALTY, LLC,
SCHWARTZ AND SONS QUALITY
DISTRIBUTORS, INC., MOISE BANAYAN, ANA
BANAYAN a/k/a CHANA BANAYAN, REBECCA
BANAYAN a/k/a REBECCA BARIMYAN a/k/a
REBECCA BANAYAN-LIEBERMAN, FARIBORZ
BANAYAN a/k/a AARON BANAYAN, RUBEN
BEITYAKOB, ARI KATZ, AHAVA OF
CALIFORNIA, LLC d/b/a AHAVA NATIONAL
FOOD DISTRIBUTOR and NORTH COUNTRY
MANUFACTURING, and JOHN DOES 1 through
50,

                Defendants.

-----------------------------------------------------------------x

NOTICE OF MOTION OF ST.
LAWRENCE COUNTY
INDUSTRIAL DEVELOPMENT
AGENCY LOCAL DEVELOPMENT
CORPORATION
TO INTERVENE

08-cv-3893 (NRB)

4/20/09

ENDORSED
ORDER

This motion is deemed withdrawn. See April (1), 2009 letter to the court from Kevin P. Ryan, Esq.

4/20/09

**MOTION MADE BY:**    HARRIS BEACH PLLC, attorneys for St. Lawrence County Industrial Development Agency, Local Development Corporation, as Administrator for the Greater Massena Economic Fund.

1

| | |
|---|---|
| **DATE, TIME & PLACE:** | March 30, 2009 at 10:00 a.m.<br>U.S. District Courthouse, 500 Pearl Street, New York, New York 10007. |
| **RELIEF SOUGHT:** | Intervention pursuant to Fed. R. Civ. P. 24. |
| **GROUNDS FOR RELIEF SOUGHT:** | As holder of a purchase money security interest in certain collateral held by St. Lawrence Food Corp. and/or Ahava of California, LLC d/b/a Ahava National Food Distributor and subject to Signature Bank's motion for an order of seizure, movant has met the requirements of Rule 24 for intervention as a matter of right or, in the alternative, for permissive intervention. |
| **SUPPORTING PAPERS:** | Affidavit in support of motion by Ernest LaBaff, dated February 13, 2009, with exhibits attached thereto, and Memorandum of Law, submitted under separate cover. |

Dated: February 13, 2009
Pittsford, New York

**HARRIS BEACH PLLC**

s/ Kevin P. Ryan
Kevin P. Ryan, Esq.
Attorneys for St. Lawrence County Industrial Development Agency Local Development Corporation, as Administrator for the Greater Massena Economic Loan Fund
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800

TO:
David T. Feuerstein, Esq.
Boies, Schiller & Flexner LLP (FL)
*Attorneys for Plaintiff Signature Bank*
401 E. Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
dfeuerstein@herrick.com

Mara Beth Levin, Esq.
Herrick, Feinstein LLP
*Attorneys for Plaintiff Signature Bank*
2 Park Avenue
New York, NY 10016
mlevin@herrick.com

2

John P. Oleske, Esq.
Nixon, Peabody, LLP
*Attorneys for Plaintiff Signature Bank*
437 Madison Avenue
New York, NY 10022
joleske@herrick.com

David Peter Antonucci, Esq.
Antonucci Law Office, L.L.P.
*Attorneys for Defendants Avaha Food Corp.,
Lewis Dairy Corp., St. Lawrence Food Corp., Yoni Realty,
LLC, Schwartz and Sons Qualify Distributors, Inc., Moise
Banayan and Ana Banayan a/k/a Chana Banayan*
12 Public Square
Watertown, NY 13601
antonlaws@nnymail.com

Christopher Edward Buckey, Esq.
Whiteman Osterman & Hanna L.L.P.
*Attorneys for Defendant Rebecca Banayan a/k/a Rebecca Barimyan
a/k/a Rebecca Banayan-Lieberman*
One Commerce Plaza
Albany, NY 12260
cbuckey@woh.com

Seth Eisenberger, Esq.
Law Office S. Eisenberger
*Attorneys for Defendants Ahava of California, LLC,
Ahava Food Corp., Fariborz Banayan a/k/a Aaron
Banayan, Ruben Beity Akov and Ari Katz*
30 Broad Street
New York, NY  10004
seth@sethesq.com

Leo L. Esses, Esq.
Cohen, Tauber, Spievack & Wagner, LLP
*Attorneys for Defendants Ahava of California, LLC*
420 Lexington Avenue
New York, New York 10170
lesses@ctswlaw.com

Stephen Wagner, Esq.
Cohen Tauber Spievack & Wagner, P.C.
*Attorneys for Ahava of California, LLC d/b/a Ahava
National Food Distributor*
420 Lexington Avenue
New York, NY 10170
swagner@ctslaw.com

3

Roy I. Martin, Esq.
Gary M. Heller, Esq.
Hodgson Russ LLP
*Attorneys for Yehuda Banayan and Miriam Schwartz*
60 East 42nd Street, 37th Floor
New York, NY 10165
gheller@hodgsonruss.com

Lawrence C. Fox, Esq.
Kornstein, Veisz & Wexler, L.L.P.
*Attorneys for Ahava of California, LLC*
757 Third Avenue
New York, NY 10017
*lfox@kvwmail.com*

121366 1057199.1