USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SIGNATURE BANK,

                Plaintiff,

     - v -

AHAVA FOOD CORP. d/b/a NORTH
COUNTRY CHEESE CORP., et al.

                Defendants.

------------------------------------X

**ORDER**

08 Civ. 3893 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court has received the Report and Recommendation of Magistrate Judge Dolinger dated March 27, 2009; and

    **WHEREAS** no objections to said report have been received; it is hereby

    **ORDERED** that Magistrate Judge Dolinger's Report and Recommendation be accepted and adopted by the Court.

Dated:   New York, New York
          April 17, 2009

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

David Feuerstein, Esq.
John Oleske, Esq.
Mara Beth Levin, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David Antonucci, Esq.
Antonucci Law Firm
12 Public Square
Watertown, NY 13601

Seth Eisenberger, Esq.
108 Airport Executive Park
Nannet, New York 10952

Lawrence Fox, Esq.
Kornstein Viesz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

Christopher E. Buckey, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260

Roy I. Marin, Esq.
Gary M. Heller, Esq.
Hodgson Russ LLP
60 East 42nd St., 37th Floor
New York, NY 10165

Christian Dribusch, Esq.
Patroon Building
5 Clinton Sq.
Albany, NY 12207

Stephen Wagner, Esq.
Leo Esses, Esq.
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue
New York, NY 10170

Peter J. Rossi, Esq.
Lankler & Carragher LLP
845 Third Avenue, 17th Floor
New York, NY 10022

Kevin Patrick Ryan, Esq.
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534

Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York